UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 11-10052-GAO |
| | ) | |
| PHUONG THU NGUYEN, | ) | |
| a/k/a "Lisa" | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS
IN PARTIAL SATISFACTION OF MONEY JUDGMENT**

**O'TOOLE, D.J.**

WHEREAS, on February 15, 2011, the United States Attorney for the District of

Massachusetts filed a five-count Information, charging defendant Phuong Nguyen, a/k/a "Lisa"

(the "Defendant"), with Uttering a Forged Security, in violation of 18 U.S.C. § 513(a) (Counts One

through Three), Mail Fraud, in violation of 18 U.S.C. § 1341 (Count Four), and Wire Fraud, in

violation of 18 U.S.C. § 1343 (Count Five);

WHEREAS, the Information also contained Mail Fraud Forfeiture Allegation, pursuant to

18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), which provided notice that the United States

sought the forfeiture, upon conviction of the Defendant of the offenses alleged in Count One

through Five of the Information, of any property, real or personal, which constituted, or was

derived from, proceeds traceable to the offenses, including but not limited to, at least $400,000 in

United States currency;

WHEREAS, the Information further provided that, if any of the above-described

forfeitable property, as a result of any act or omission of the Defendant, (a) cannot be located

upon the exercise of due diligence, (b) has been transferred or sold to, or deposited with, a third

party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property which cannot be divided without difficulty, it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c), as incorporated by 21 U.S.C. § 853(p) to seek forfeiture of any other property of the Defendant, up to the value of the property described above;

WHEREAS, on May 26, 2011, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Counts One through Five of the Information, pursuant to a written plea agreement that she signed on May 15, 2011;

WHEREAS, in Section 10 of the written plea agreement, the Defendant agreed to the entry of a money judgment in the amount of $400,000 in United States currency on the grounds that such amount constituted or was derived from, or traceable to the commission of her offenses in violation of 18 U.S.C. §§ 513(a), 1341, and 1343;

WHEREAS, on October 21, 2011, this Court sentenced the Defendant to 46 months incarceration followed by a term of three years of supervised release, and ordered the Defendant to pay restitution in the amount of $378,624.53 and a special assessment in the amount of $500, and this Court issued an Order of Forfeiture (Money Judgment) against the Defendant, in the amount of $400,000 in United States currency, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c);

WHEREAS, pursuant to the Order of Forfeiture (Money Judgment) and Rule 32.2(e) of the Federal Rules of Criminal Procedure, this Court also ordered that the United States was entitled to amend its Order of Forfeiture (Money Judgment) at any time to include substitute property having a value not to exceed $400,000 in United States currency, to satisfy the Order of

Forfeiture (Money Judgment) in whole or in part, and the Order of Forfeiture (Money Judgment) was incorporated into the Criminal Judgment;

WHEREAS, on November 10, 2017, this Court issued a Preliminary Order of Forfeiture of Substitute Assets in Partial Satisfaction of Money Judgment against the Defendant for the following property:

a.  $20,000 in United States currency from the Massachusetts Trial Court, Worcester County Superior Court, bail money posted by Phuong T. Nguyen, Docket 1785CR0052; and

b.  $480.66 in United States currency from Middlesex Savings bank account number ending in 0274

(collectively, the "Properties");

WHEREAS, notice of the Preliminary Order of Forfeiture for Substitute Assets in Partial Satisfaction of Money Judgment was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on November 22, 2017 and ending on December 21, 2017; and

WHEREAS, no claims of interest have been filed with the Court and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.  The United States' Motion for Final Order of Forfeiture for Substitute Assets in Partial Satisfaction of Money Judgment is allowed.

2.  The United States of America is now entitled to the forfeiture of all right, title or interest in the Properties, and they are hereby forfeited to the United States of America pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3.      All other parties having any right, title or interest in the Properties are hereby held in default.

4.      The United States Marshals Service is hereby authorized to dispose of the Properties in accordance with applicable law.

5.      This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Date: 1/31/18

GEORGE A. O'TOOLE, JR.
United States District Judge

4